THE TRAVELERS INSURANCE COMPANY, Respondent, v. DANIEL J. KEOGH, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and

disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.